**Dismiss and Opinion Filed October 22, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00485-CR
No. 05-13-00486-CR
No. 05-13-00487-CR

**IGNACIO SEBASTIAN DIAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F06-89618-M, F09-53546-M, F09-53545-M

## MEMORANDUM OPINION

Before Justices Moseley, Myers, and Brown

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).


PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
130485F.U05